IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-00056-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER ALLOWING MANUAL |
| | ) | FILING OF EXHIBIT |
| SHABORN AMAR NESBITT, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the motion of the United States of America for leave to file an exhibit manually, it is hereby

ORDERED that the United States of America may manually file a disk containing Exhibit A to the Government's Response to the Defendant's Motion to Suppress [DE-81].

So ORDERED THIS 18 day of October, 2021.

JAMES C. DEVER III
United States District Court Judge