IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHABORN AMAR NESBITT, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition to defendant's motion to dismiss for lack of subject matter jurisdiction [D.E. 77], the court DENIES defendant's motion to dismiss counts 1, 2, and 3 [D.E. 75].

SO ORDERED. This 25 day of October, 2021.

JAMES C. DEVER III
United States District Judge