IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHABORN AMAR NESBITT, | ) | |
| | ) | |
| Defendant. | ) | |

On September 16, 2021, Shaborn Amar Nesbitt ("Nesbitt" or "defendant") filed a motion
to suppress and requested an evidentiary hearing [D.E. 76]. On October 15, 2021, the government
responded in opposition [D.E. 81]. On November 29, 2021, Nesbitt filed a motion for an
evidentiary hearing contesting the scope of the Terry stop [D.E. 99]. On December 3, 2021,
Trooper Josh Legan moved to quash a subpoena to testify at the evidentiary hearing [D.E. 106].

On December 6, 2021, the court held a hearing concerning the motions and received
evidence. As explained during the hearing and incorporated herein by reference, the court
GRANTS Trooper Legan's motion to quash [D.E. 106], GRANTS defendant's motion for an
evidentiary hearing [D.E. 76, 99], and DENIES on the merits defendant's motion to suppress [D.E.
76] and motion contesting the scope of the Terry stop [D.E. 99].

SO ORDERED. This 6 day of December, 2021.

JAMES C. DEVER III
United States District Judge