IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHABORN AMAR NESBITT, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition, the court DISMISSES defendant's motion to sever [D.E. 100] as untimely. See [D.E. 110] 2–8. Alternatively, for the reasons stated in the government's response in opposition, the court DENIES as meritless defendant's motion to sever [D.E. 100]. See [D.E. 110] 8–16.

SO ORDERED. This 14 day of January, 2022.

JAMES C. DEVER III
United States District Judge